IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVIN BROWN, ) | |
| ) | |
| Plaintiff, ) | 4:03cv3369 |
| ) | |
| v. ) | |
| ) | |
| MEDICAL DEPARTMENT, and ) | ORDER |
| DOUGLAS COUNTY, NEBRASKA, ) | |
| ) | |
| Defendants. ) | |

The Clerk's Office has requested that Document Number 61 be stricken from the record for the following reason:

- Duplicate document of number 60.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 61 from the record.

DATED this 19th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge